# EXHIBIT 8



**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania  19103-7300
www.dlapiper.com

Paul A. Taufer
paul.taufer@dlapiper.com
**T**  215.656.3385
**F**  215.606.3385

August 9, 2018

OUR FILE NO. COB-1-J

*BY CERTIFIED MAIL WITH*
*RETURN RECEIPT REQUESTED AND*
*E-MAIL (JROBINS@DRAFTKINGS.COM)*

Mr. Jason Robins-CEO
DraftKings
225 Franklin St., 26th Floor
Boston, MA 02110

**Re:     Infringement Notice re:  Cash Out**

Dear Mr. Robins:

This firm represents Colossusbets Ltd. and Diogenes Limited (individually, "Colossus" and "Diogenes", respectively, and collectively, "CD") in, among other things, intellectual property matters.

As you may be aware, CD pioneered Cash Out in 2013, which allows players to sell their tickets (fully or partially) before a wagering event has been completed. In fact, Bernard Marantelli, the CEO and founder of Colossus, has had a number of discussions with Matthew Kalish and Jeffrey Haas from DraftKings including in relation to CD's Cash Out. In particular, the substance of these discussions related to providing Cash Out to DraftKings in connection with fantasy, sports book and pools, and protection under CD's patents for Cash Out.

Given the importance of Cash Out, CD has established an extensive intellectual property portfolio surrounding the feature and its use for purposes of betting and gaming, which includes a substantial patent portfolio in the US and elsewhere, as exemplified by the list enclosed as Exhibit A. We trust you understand that CD must be vigilant regarding the protection of its intellectual property and any unauthorized use by others. As CD has expended considerable effort and expense in developing and implementing Cash Out, it is very important that the exclusivity of Cash Out be maintained.

EAST\158330545.1



CD is aware that DraftKings has recently started to offer a betting product that includes the feature of Cash Out, as exemplified by the screen shot embedded below from the DraftKings website[1]:



As further described on the DraftKings' website, "[a]fter placing a bet, you can Cash Out early by visiting 'My Bets' and selecting the yellow Cash Out button. Payouts will be made upon confirming Cash Out and the money will deposited in your account immediately."[2] Based on this information, the DraftKings Cash Out feature appears to be identical, or at least virtually identical, to the Cash Out feature offered by Colossus[3] and which is covered by the Cash Out patent portfolio enclosed in Exhibit A. For this reason, DraftKings' Cash Out feature and its marketing and use thereof is believed to be an infringement of the CD patent portfolio.

CD is placing companies on notice of its intellectual property rights surrounding Cash Out, and where applicable, any violation of those intellectual property rights. As you may be aware, there are strict penalties, including the right to seek a court-ordered injunction against those who infringe, and the right to seek damages or lost profits from infringers. Additionally, where there is knowledge of a patent, a party that infringes can be liable for willful infringement and be subject to treble damages requiring the payment of three (3) times the actual damages amount, coupled with attorneys' fees and costs in pursing the action. It would be reckless of CD not to pursue these matters until a satisfactory solution is reached in each case.

On behalf of CD, please advise if DraftKings is interested in exploring a possible business resolution, or alternatively if it will terminate its offering of a Cash Out feature. CD is hopeful that this matter may be resolved on an amicable basis with a spirit of mutual cooperation. Mr. Marantelli has indicated that CD remains open to taking a collaborative approach, which could include licensing of Cash Out, supplying DraftKings with MVP jackpots and Colossus sports pools, redistributing DraftKings' fantasy pools, each of which could enhance the DraftKings' offering. Since this matter has now been brought to your attention, we would appreciate hearing from you by no later than **August 17, 2018**.

---

[1] Available at https://draftkings.zendesk.com/hc/en-us/articles/360006666973-Cash-Out

[2] https://draftkings.zendesk.com/hc/en-us/articles/360007410314-Cash-Out

[3] See, e.g., https://corporate.colossusbets.com/pools.php#cashout

2

  


This letter is being sent without prejudice, and all rights express or implied are hereby reserved.

Very truly yours,

**DLA Piper LLP (US)**

Paul A. Taufer
Partner

PAT

Enclosures
US Patent No. 8,602,884
US Patent No. 8,734,241
US Patent No. 8,721,438
US Patent No. 8,721,439
US Patent No. 8,708,811
US Patent No. 9,117,341
US Patent No. 9,196,126
US Patent No. 9,275,516
US Patent No. 9,424,716
US Patent No. 9,704,338

3



**Exhibit A**

Cash Out Patent Portfolio

**AUSTRALIA**
Patent No. 2013311319
Patent Application No. 2017203168
Patent Application No. 2018204446
Patent Application No.2013333573

**EURASIAN PATENT**
Patent Application No. 201590500

**EUROPEAN PATENT**
Patent Application No. 13840191.4

**HONG KONG**
Patent Application No. 15110686.1

**INDONESIA**
Patent Application No. P00201501364

**JAPAN**

Patent No. 6258941
Patent No. 5977453
Patent No. 5977454
Patent Application No. 2017-235352

**NIGERIA**
Patent Application No. NG/PT/C/2015/952

**PHILIPPINES**
Patent No. 1/20150.
0.0.

.3.00000/50000.0.504
Patent Application No. 1-2015-500493

**SINGAPORE**
Patent No. 11201501682Q
Patent No. 10201510450T

**SOUTH AFRICA**
Patent No. 2015/01552

**SOUTH KOREA**
Patent No. 10-1726203
Patent No. 10-1736754

4



**UNITED STATES**

Patent No. 8,602,884
Patent No. 8,734,241
Patent No. 8,721,438
Patent No.8,721,439
Patent No. 8,708,811
Patent No. 9,117,341
Patent No. 9,196,126
Patent No. 9,275,516
Patent No. 9,424,716
Patent No. 9,704,338
Patent Application No. 15/422,348
Patent Application No. 15/884,876

**VIETNAM**
Patent Application No. 1-2015-01138

**WIPO**
Patent Application No. PCT/IB2018/0001

5