# EXHIBIT 9



DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Paul A. Taufer
paul.taufer@dlapiper.com
T  215.656.3385
F  215.606.3385

August 20, 2018

OUR FILE NO. COB-1-J

**BY CERTIFIED MAIL WITH
RETURN RECEIPT REQUESTED AND
E-MAIL (JROBINS@DRAFTKINGS.COM)**

Mr. Jason Robins-CEO
DraftKings
225 Franklin St., 26th Floor
Boston, MA 02110

Re:   Infringement Notice re: Cash Out

Dear Mr. Robins:

We have not received a reply to our August 9, 2018 letter regarding DraftKings' infringement of my client's Cash Out patents despite the deadline of the past Friday (a copy is enclosed).

Please provide DraftKings' reply at the earliest opportunity, and in any event by no letter than **August 22, 2018**, if DraftKings intends to provide a response.

This letter is being sent without prejudice, and all rights express or implied are hereby reserved.

Sincerely,

DLA Piper LLP (US)

Paul A. Taufer
Partner

PAT/nn
Enclosures *(w/original letter only)*
  Letter of August 9, 2018
  US Patent No. 8,602,884
  US Patent No. 8,734,241
  US Patent No. 8,721,438
  US Patent No. 8,721,439
  US Patent No. 8,708,811
  US Patent No. 9,117,341
  US Patent No. 9,196,126
  US Patent No. 9,275,516
  US Patent No. 9,424,716
  US Patent No. 9,704,338

EAST\158550903.1