# EXHIBIT 10



DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
main 215.656.3300
www.dlapiper.com

PAUL A. TAUFER
paul.taufer@dlapiper.com
direct 215.656.3385  fax 215.656.3301

August 21, 2018

Our Ref.:    COB-1-J

**VIA UPS**

Mr. Andrew Shriro
Legal Department
DraftKings
125 Summer Street
Boston, MA 02110

Re:    **Infringement Notice re:  Cash Out**

Dear Mr. Shriro:

Enclosed please find copies of two (2) letters previously sent to Mr. Robins for your consideration. You contact information was provided by Mr. Jeffery Haas. I look forward to hearing from you.

Sincerely yours,

Paul A. Taufer

PAT/nn

Enclosures
    Letter Dated 08/20/18
    Letter Dated 08/09/8 w/Enclosures

EAST\158580868.1

# ![UPS] Shipment Receipt

**Transaction Date:** 21 Aug 2018                                **Tracking Number:**                    1Z35W3402495482360

## ① ADDRESS INFORMATION

**Ship To:**
DraftKings
Mr. Andrew Shriro
125 Summer Street
BOSTON MA 021101634
Telephone:0000000000

**Ship From:**
DLA Piper LLP (US)
Nancy Nunez
1650 Market Street, Suite 4900
Philadelphia PA 19103
Telephone:2156562409
email:nancy.nunez@dlapiper.com

**Return Address:**
DLA Piper LLP (US)
Nancy Nunez
1650 Market Street, Suite 4900
Philadelphia PA 19103
Telephone:2156562409 email:nancy.nunez@dlapiper.com

## ② PACKAGE INFORMATION

|    | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBERS |
|----|--------|------------------------|----------------|-------------------|
| 1. | 1.0 lbs (1.0 lbs billable) | UPS PAK | 10.00 USD | Client Matter (Billable ONLY) - 382151-000061<br>TimeKeeper (TK) C/M MUST be Billable TK# - 93004 |

## ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

| | | | |
|---|---|---|---|
| **Service:** | UPS Next Day Air | | |
| **Guaranteed By:** | 10:30 AM Wednesday, Aug 22, 2018 | | |
| **Shipping Fees Subtotal:** | 44.67 USD | **Additional Shipping Options** | |
| Transportation | 41.36 USD | **Delivery Confirmation:** | |
| Fuel Surcharge | 3.31 USD | Package 1: Signature Required | 4.75 USD |
| Declared Value Package 1 | 0.00 USD | **Quantum View Notify E-mail Notifications:** | No Charge |
| | | 1  nancy.nunez@dlapiper.com:   Ship, Delivery | |
| | | **Total Shipping Charges** | 49.42 USD |

## ④ PAYMENT INFORMATION

**Bill Shipping Charges to:**          Shipper's UPS Account

| | |
|---|---:|
| **Shipping Charges:** | 49.42 USD |
| A discount has been applied to the Daily rates for this shipment<br>**Negotiated Charges:** | 20.39 USD |
| **Subtotal Shipping Charges:** | 20.39 USD |
| **Total Charges:** | 20.39 USD |

Note: This document is not an invoice. Your final invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide ({0}). To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.