# EXHIBIT 11

**From:** "Taufer, Paul A." <Paul.Taufer@dlapiper.com>
**Date:** August 21, 2018 at 9:24:39 AM EDT
**To:** "CMcKenna@foley.com" <CMcKenna@foley.com>
**Subject: Re: Letter from CD to DK**

Hi Chris,

Additional time to review is fine. I look forward to hearing from you.

Best Regards,
Paul

Paul Taufer
DLA Piper LLP (US)
215-656-3385
paul.taufer@dlapiper.com


On Aug 21, 2018, at 9:19 AM, "CMcKenna@foley.com" <CMcKenna@foley.com> wrote:

> **[EXTERNAL MESSAGE]**
>
> Hi Paul,
>
> I am writing on behalf of DraftKings, Inc. ("DK") to acknowledge the receipt of your letter regarding CD's intellectual property sent to our client DK.    Given that the August 17 date by which a response was requested has since passed and we are just in receipt of the letter,  we will need some time to review the matter further in order to be able to respond.   We will revert back once our review is complete and we can comment on the same.
>
> Best Regards,

1

Chris

Christopher J. McKenna
*Co-Chair Electronics Practice Group*
*Co-Chair Technology Industry Team*
Foley & Lardner LLP
111 Huntington Avenue | Suite 2500
Boston, MA 02199-7610
P 617.342.4057

View My Bio
Visit Foley.com

The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.