# EXHIBIT 12



DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania  19103-7300
www.dlapiper.com

Paul A. Taufer
paul.taufer@dlapiper.com
T  215.656.3385
F  215.606.3385

July 20, 2021

OUR FILE NO. COB-1-K

**BY CERTIFIED MAIL W/RETURN RECEIPT REQUESTED AND
E-MAIL (MLOWRIE@FOLEY.COM)**

Matthew Lowrie, Esq.
Foley & Lardner LLP
Attorneys at Law
111 Huntington Avenue
Boston, MA  02199

**Re: Infringement Notice re: Cash Out**

Dear Mr. Lowrie:

As you may recall, we previously advised you of our client's patent portfolio and infringement by DraftKings and Resorts Casino Hotel ("Resorts"), to which DraftKings is a supplier and responsible for infringement as per Mr. Nicholas Moles, Vice President and General Counsel of Resorts.

In particular, DraftKings' and Resorts' offerings of a cash out feature among other features is an aspect covered by our client's patent portfolio, which, at the time of our last correspondence, consisted of the following patents in the US:

- US Patent No. 8,602,884
- US Patent No. 8,734,241
- US Patent No. 8,721,438
- US Patent No. 8,721,439
- US Patent No. 8,708,811
- US Patent No. 9,117,341
- US Patent No. 9,196,126
- US Patent No. 9,275,516
- US Patent No. 9,424,716
- US Patent No. 9,704,338
- US Patent No. 10,102,716

We direct your attention to our previous letter, dated August 13, 2019, which is attached for your reference.

Additional patents have been issued to our client, including US Patent No. 10,970,969 ("the '969 Patent") and US Patent No. 10,997,822 ("the '822 Patent"), copies of which is enclosed. As you will note, the '969 Patent broadly covers the use of cash out among other features in connection with any sporting event (*e.g., see* Claims 1, 8, 15 and 21). The '822 Patent broadly covers the use of cash out incorporating multiple users among other features in connection with any wagering event (*e.g., see* claims 1, 8, 15 and 22).

Moreover, the '969 Patent and the '822 Patent further confirm the inaccuracy of your prior position that the scope of the patents require a system to offer both full *and* partial cash out to be covered.

EAST\183727325.1



While our client remains open to consider a possible license or other business solution, it is imperative that we hear promptly from you regarding your client's position.

We note that we have sent numerous letters detailing our position. If there is interest in a potential amicable resolution of this matter, please provide your response in writing by no later than **August 3, 2021**.

This letter is being sent without prejudice, and all rights including the right to initiate formal legal action without further notice, are hereby expressly reserved.

Very truly yours,

**DLA Piper LLP (US)**

Paul A. Taufer
Partner

SMK

Enclosures
Letter of August 20, 2019
US Patent No. 10,970,969
US Patent No. 10,997,822

EAST\183727325.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matthew Lowrie, Esq.
   Foley & Lardner LLP
   Attorneys at Law
   111 Huntington Avenue
   Boston, MA  02199

   9590 9402 1850 6104 2606 56

2. Article Number *(Transfer from service label)*

   7018 2290 0000 9010 4216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053                  Domestic Return Receipt