# EXHIBIT 13

**BAKER BOTTS** L.L.P.

| | |
|---|---|
| 1001 PAGE MILL ROAD<br>BUILDING ONE, SUITE 200<br>PALO ALTO, CALIFORNIA<br>94304-1007<br><br>TEL +1 650.739.7500<br>FAX +1 650.739.7699<br>BakerBotts.com | AUSTIN          MOSCOW<br>BRUSSELS    NEW YORK<br>DALLAS         **PALO ALTO**<br>DUBAI           RIYADH<br>HONG KONG  SAN FRANCISCO<br>HOUSTON     WASHINGTON<br>LONDON |

July 29, 2021

G. Hopkins Guy III
TEL: 6507397510
FAX: 6507397610
hop.guy@bakerbotts.com

Paul A. Taufer
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania  19103-7300

Re:   Letters dated July 20, 2021 and July 15, 2021

Dear Mr. Taufer:

This letter is in response to letters dated July 20, 2021 sent to DraftKings and SBTech, and a letter dated July 15, 2021 sent to the Oregon Lottery.  Baker Botts has been engaged to investigate the allegations contained in your letters and respond thereto.  We are currently investigating the claims of Colossus Ltd. and Diogenes Limited and will respond in due course.  All rights are reserved.

Respectfully,

G. Hopkins Guy III

GG