# EXHIBIT 22

COB-1-U

The '779 Accused Products include: 1) the DraftKings Sportsbook kiosks and/or over the counter betting at partnered casinos, 2) the DraftKings Sportsbook mobile applications accessible via mobile devices, and 3) the DraftKings Sportsbook web applications accessible via computing devices (i.e., wagering input devices).

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 11,200,779** ||
| 16[a]. A system for conducting a wagering event among one or more participants in real time, the system comprising: |  |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  |
| | https://www.draftkings.com/about/sportsbook/ [Accessed 15 November 2021, 15:00 EST] |

2

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | |
| 16[b]. a system controller comprising a trading engine module; | <br><br>https://sportsbook.draftkings.com/how-to-bet [Accessed 15 November 2021, 15:00 EST]<br><br>## How to Place a Bet<br><br>**How to Place a Bet**<br><br>To place a bet, simply find the event and outcome you would like to bet on and click to add it to your bet slip. Remember, the green numbers associated with each outcome are the odds, which determine the potential payout. You can add up to 12 picks to your bet slip at any given time.<br><br>To view your bet slip, tap the center button on the app or look to the right-hand side of your screen on web. Here you can see all of the picks you have selected that are waiting to be placed.<br><br>Once in the bet slip, you can toggle between Singles, Parlays, and Round Robins (learn more click here). Enter the amount you would like to wager and you will see the potential payout calculated.<br><br>Once you confirm your picks and wager amount, select 'PLACE BET' to lock in your bet. You will see a receipt for all of the bets you place. You can view all of your receipts and track the outcomes by visiting 'My Bets.'<br><br>https://sportsbook.draftkings.com/help/quick-start-guide/2 [Accessed 15 November 2021, 15:00 EST] |

3

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br><br>www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:31 EST] |

4

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | 

Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST]

PLAYER DISCONNECTION

1. The following provisions apply in the case of your disconnection from the network server during game play:

   a. in the case where your input is not required to complete the game, the game shall produce the final outcome as determined by the random number generator and, upon reconnection, the game outcome is reflected in the game history table available to the customer;

   b. in the case where your input is required to complete the game, the game shall not produce the final outcome and, upon the reconnection of the customer to the network, the customer can return to the game state immediately prior to the interruption and complete it; and

   c. in the case where the Location Service has, at the outset of a playing session, verified the customer's physical presence in an approved state, but, at a later point in the playing session fails to successfully verify the customer's continued physical presence in an approved state, the game in progress at the time of the subsequent failed location verification shall produce its final outcome and then the customer's playing session shall be terminated.

This Player Disconnection Policy shall be governed by the DraftKings Sportsbook Terms of Use and Privacy Policy.

https://sportsbook.draftkings.com/help/disconnect-policy/disconnect-policy [Accessed 29 November 2021, 17:38 EST] |

6

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>http://status.draftkings.com/ [Accessed 29 November 2021, 14:10 EST] |
| 16[c]. a database; | www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:32 EST] |

7

COB-1-U

| Claim Element | Infringement |
| --- | --- |
| **U.S. Patent No. 11,200,779** | |
| |  DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

8

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[d]. a plurality of input devices each having a user interface; and | |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  https://www.draftkings.com/about/sportsbook/ [Accessed 15 November 2021, 15:00 EST] |

10

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | Photographs of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| 16[e]. a communications interface for facilitating communications between the system controller and the plurality of input devices; |  https://sportsbook.draftkings.com/how-to-bet [Accessed 15 November 2021, 15:00 EST]<br><br>**How to Place a Bet**<br><br>**How to Place a Bet**<br><br>To place a bet, simply find the event and outcome you would like to bet on and click to add it to your bet slip. Remember, the green numbers associated with each outcome are the odds, which determine the potential payout. You can add up to 12 picks to your bet slip at any given time.<br><br>To view your bet slip, tap the center button on the app or look to the right-hand side of your screen on web. Here you can see all of the picks you have selected that are waiting to be placed.<br><br>Once in the bet slip, you can toggle between Singles, Parlays, and Round Robins (learn more click here). Enter the amount you would like to wager and you will see the potential payout calculated.<br><br>Once you confirm your picks and wager amount, select 'PLACE BET' to lock in your bet. You will see a receipt for all of the bets you place. You can view all of your receipts and track the outcomes by visiting 'My Bets.'<br><br>https://sportsbook.draftkings.com/help/quick-start-guide/2 [Accessed 15 November 2021, 15:00 EST] |

12

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:31 EST] |

13

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

14

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photographs of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | PLAYER DISCONNECTION<br><br>1. The following provisions apply in the case of your disconnection from the network server during game play:<br><br>a. in the case where your input is not required to complete the game, the game shall produce the final outcome as determined by the random number generator and, upon reconnection, the game outcome is reflected in the game history table available to the customer;<br><br>b. in the case where your input is required to complete the game, the game shall not produce the final outcome and, upon the reconnection of the customer to the network, the customer can return to the game state immediately prior to the interruption and complete it; and<br><br>c. in the case where the Location Service has, at the outset of a playing session, verified the customer's physical presence in an approved state, but, at a later point in the playing session fails to successfully verify the customer's continued physical presence in an approved state, the game in progress at the time of the subsequent failed location verification shall produce its final outcome and then the customer's playing session shall be terminated.<br><br>This Player Disconnection Policy shall be governed by the DraftKings Sportsbook Terms of Use and Privacy Policy.<br><br>https://sportsbook.draftkings.com/help/disconnect-policy/disconnect-policy [Accessed 29 November 2021, 17:38 EST]<br><br><br><br>http://status.draftkings.com/ [Accessed 29 November 2021, 14:10 EST] |
| 16[f]. the system controller configured to: | *See* limitations 16[b] and 16[g]-16[p]. |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| 16[g] receive, by the trading engine module, a plurality of wagers on the wagering event from the plurality of input devices via the communications interface, the plurality of wagers input by a plurality of participants via the user interfaces of respective input devices from the plurality of input devices, |  https://sportsbook.draftkings.com/how-to-bet [Accessed 15 November 2021, 15:00 EST]  https://sportsbook.draftkings.com/help/quick-start-guide/2 [Accessed 15 November 2021, 15:00 EST] |

17

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:31 EST] |

18

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

19

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photographs of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |

20

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | PLAYER DISCONNECTION<br><br>1. The following provisions apply in the case of your disconnection from the network server during game play:<br><br>a. in the case where your input is not required to complete the game, the game shall produce the final outcome as determined by the random number generator and, upon reconnection, the game outcome is reflected in the game history table available to the customer;<br><br>b. in the case where your input is required to complete the game, the game shall not produce the final outcome and, upon the reconnection of the customer to the network, the customer can return to the game state immediately prior to the interruption and complete it; and<br><br>c. in the case where the Location Service has, at the outset of a playing session, verified the customer's physical presence in an approved state, but, at a later point in the playing session fails to successfully verify the customer's continued physical presence in an approved state, the game in progress at the time of the subsequent failed location verification shall produce its final outcome and then the customer's playing session shall be terminated.<br><br>This Player Disconnection Policy shall be governed by the DraftKings Sportsbook Terms of Use and Privacy Policy.<br><br>https://sportsbook.draftkings.com/help/disconnect-policy/disconnect-policy [Accessed 29 November 2021, 17:38 EST]<br><br>This page offers performance information for DraftKings. Check back here any time to view the current status of the services listed below. For all other information or to report a problem, please visit draftkings.com/help/contact-us.<br><br>Fantasy Website — Operational<br>Sportsbook Website — Operational<br>Fantasy Mobile — Operational<br>Sportsbook Mobile — Operational<br>Scoring and Feeds — Operational<br>Payments — Operational<br>Casino — Operational<br><br>Status   History   Report Issue<br><br>http://status.draftkings.com/ [Accessed 29 November 2021, 14:10 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| 16[h]. store the plurality of wagers in a record within the database, the record comprising wager information for the plurality of wagers associated with the plurality of participants, |  www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:32 EST]<br><br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[i]. continuously retrieve data in real time related to a progress of the wagering event, | www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:31 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:21 EST] |

24

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |



Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST]

16[j]. recalculate the wager information in real time based on the continuously retrieved data,

www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:32 EST]

25

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |



Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST]

| 16[k]. continuously evaluate the recalculated wager information, | www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:32 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 11,200,779** ||
| |  |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0<br>[Accessed 12 November 2021, 11:22 EST] |

30

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[l]. determine that one or more participants of the plurality of participants is eligible to win an award based on their respective one or more wagers and a potential outcome of the wagering event, | www.sportsbook.draftkings.com/featured?casinoPartner-TheMeadows&category=game-lines [Accessed 12 November 2021, 10:32 EST] |

31

COB-1-U

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 11,200,779** ||
| |  |

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

33

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[m]. generate one or more options in real time for the one or more participants to cash out prior to a conclusion of the wagering event for at least a portion of the award, | **Cash Out**<br><br>**Cash Out**<br><br>Cash Out is a new feature that gives you the opportunity to close out your active bet before the outcome is decided. This allows you to secure part of your winnings or cut your losses as the odds change in or against your favor.<br><br>On selected sports, Cash Out is available for pre-game, live, future and parlay bets and can be for more or less than your original wagered amount, depending on how events unfold following your bet placement. You can see if your bet is eligible for cash out when you add it to the bet slip.<br><br>After placing a bet, you can Cash Out early by visiting 'My Bets' and selecting the yellow Cash Out button. Payouts will be made upon confirming Cash Out and the money will deposited in your account immediately.<br><br>https://sportsbook.draftkings.com/help/quick-start-guide/5 [Accessed 15 November 2021, 15:00 EST]<br><br>**Cash Out**<br><br>The Cash Out feature gives you the opportunity to cash out a bet before the outcome is decided, allowing you to secure part of your winnings or to cut your losses.<br><br>https://sportsbook.draftkings.com/help/glossary/betting-terminology [Accessed 15 November 2021, 15:00 EST] |

34

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:32 EST] <br><br> DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

35

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  |

Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST]

**16[n]. cause the one or more options to be presented to the one or more participants via the user interfaces of the respective one or more input devices,**

## Cash Out

**Cash Out**

Cash Out is a new feature that gives you the opportunity to close out your active bet before the outcome is decided. This allows you to secure part of your winnings or cut your losses as the odds change in or against your favor.

On selected sports, Cash Out is available for pre-game, live, future and parlay bets and can be for more or less than your original wagered amount, depending on how events unfold following your bet placement. You can see if your bet is eligible for cash out when you add it to the bet slip.

After placing a bet, you can Cash Out early by visiting 'My Bets' and selecting the yellow Cash Out button. Payouts will be made upon confirming Cash Out and the money will be deposited in your account immediately.

https://sportsbook.draftkings.com/help/quick-start-guide/5 [Accessed 15 November 2021, 15:00 EST]

36

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:32 EST] <br><br>  <br><br> DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:22 EST] |

37

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| |  Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[o]. receive a selection of an option from the one or more options for a participant from at least one input device from the one or more input devices prior to conclusion of the wagering event, and | www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:33 EST] |

38

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:23 EST] |

39

COB-1-U

| Claim Element | Infringement |
|---|---|
| U.S. Patent No. 11,200,779 | |
| |  Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |
| 16[p]. cause the at least the portion of the award to be presented to the a least one participant, such that the user interface displays one or more of a confirmation that the option has been selected and a value of the at least the portion of the award. | www.sportsbook.draftkings.com/mybets [Accessed 12 November 2021, 10:33 EST] |

COB-1-U

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 11,200,779** ||
|  | <br>DraftKings Sportsbook & Casino Android App v. 3.18.0 [Accessed 12 November 2021, 11:23 EST] |

41

COB-1-U

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 11,200,779** |
| | Photograph of kiosk at DraftKings Sportsbook at Resorts Hotel Casino, Atlantic City, NJ. [Captured 20 November 2021, 20:30 EST] |

42