IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIOGENES LIMITED and<br>COLOSSUS (IOM) LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>DRAFTKINGS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 21-1695 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DRAFTKINGS INC.'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant DraftKings Inc. ("DraftKings") respectfully moves to dismiss Plaintiffs' Amended Complaint in its entirety because all asserted patent claims are invalid under 35 U.S.C. § 101. The grounds for this motion are fully set forth in DraftKings' Opening Brief in Support of Its Motion to Dismiss for Failure to State a Claim.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant DraftKings, Inc.*

OF COUNSEL:

G. Hopkins Guy, III
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA  94304-1007
(650) 739-7500

Jamie R. Lynn
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7786

Robert L. Maier
Joshua M. Friedman
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500

February 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIOGENES LIMITED and<br>COLOSSUS (IOM) LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>DRAFTKINGS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 21-1695 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT DRAFTKINGS INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

At Wilmington this _____ day of _____. 2022, having considered DRAFTKINGS INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court finds that Plaintiffs' Amended Complaint should be dismissed for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6).

_____
The Honorable Maryellen Noreika

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs<br>DLA PIPER LLP (US)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Paul A. Taufer<br>Michael L. Burns<br>Steven M. Kellner<br>Gregory Ferroni<br>DLA PIPER LLP (US)<br>One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)