

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stephanie Elizabeth O'Byrne
Stephanie.OByrne@dlapiper.com
T  302.468.5645
F  302.691.4745

August 2, 2022

Honorable Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:   *Diogenes Limited, Colossus (IOM) Limited v. DraftKings, Inc.*, C.A. No. 21-1695-MN-CJB

Dear Judge Noreika,

Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Plaintiffs submit a courtesy copy of the materials associated with their Objection to the Report & Recommendation (D.I. 48) in this matter.

These filings also may be found on the docket as follows:

| | |
|---|---|
| D.I. 14 | First Amended Complaint |
| D.I. 16 | Motion to Dismiss for Failure to State a Claim |
| D.I. 17 | Opening Brief in Support of Motion to Dismiss |
| D.I. 20 | Answering Brief in Opposition to Motion to Dismiss |
| D.I. 27 | Reply Brief to Motion to Dismiss |
| D.I. 40 | Oral Order Requesting Letters on Motion to Dismiss |
| D.I. 41 | Defendant's Letter to The Honorable Christopher J. Burke |
| D.I. 42 | Plaintiffs' Letter to The Honorable Christopher J. Burke |
| D.I. 44 | Oral Order Granting-in-Part and Denying-in-Part Defendant's Motion to Dismiss |
| D.I. 45 | Official Transcript of Motion Hearing |

Respectfully submitted,

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (DE Bar No. 4446)

Enclosures (via Hand Delivery Only)

cc:   Clerk of the Court (via Hand Delivery)
      Counsel of Record (via CM/ECF without Enclosures)

EAST\194636146.1