IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIOGENES LIMITED and COLOSSUS (IOM) LIMITED,, <br><br> Plaintiffs, <br><br> v. <br><br> DRAFTKINGS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-1695 (MN) (CJB) ) ) ) ) ) |

## ORDER

At Wilmington, this 26th day of August 2022, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Defendant DraftKings, Inc.'s Objections to the Report and Recommendation Regarding the Motion to Dismiss for Lack of Patentable Subject Matter (D.I. 47) are OVERRULED.

2. Plaintiffs' Partial Objection to the Magistrate Judge's Report and Recommendation (D.I. 48) is OVERRULED.

3. The Report and Recommendation (D.I. 46) is ADOPTED.

4. Defendant DraftKings Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint (D.I. 16) is GRANTED-IN-PART and DENIED-IN-PART.

5. Count I of Plaintiff's First Amended Complaint for Patent Infringement (D.I. 14) is DISMISSED.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge