

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stephanie E. O'Byrne
Stephanie.OByrne@dlapiper.com
T   302.468.5645
F   302.691.4745

June 23, 2023

Honorable Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:     ***Diogenes Limited, Colossus (IOM) Limited v. DraftKings, Inc.*, C.A. No. 21-1695-MN-CJB**

Dear Judge Noreika,

      Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Plaintiffs submit a courtesy copy of the materials associated with their Objection to the Report & Recommendation (D.I. 104) in this matter.

      These filings also may be found on the docket as follows:

| | |
|---|---|
| D.I. 69 | Stipulation to Extend Time for Defendant to (a) file an Answering Brief in opposition to Plaintiffs Motion to Strike, and/or (b) file an Amended Answer and Counterclaims |
| D.I. 70 | First Amended Answer |
| D.I. 74 | Motion to Dismiss Counterclaim and Strike Affirmative Defense |
| D.I. 75 | Opening Brief in Support of Motion to Dismiss and Strike |
| D.I. 78 | Stipulation to Extend Time for (1) for Defendant DraftKings, Inc. to file its answering brief; and (2) for Plaintiffs to file their reply brief |
| D.I. 80 | Answering Brief in Opposition to Motion to Dismiss and Strike |
| D.I. 82 | Reply Brief to Motion to Dismiss |
| D.I. 83 | Order Setting Hearing |
| D.I. 93 | [SEALED] Motion for Leave to File a Sur-Reply |
| D.I. 94 | Redacted Version of D.I. 93 Motion for Leave to File a Sur-Reply |
| D.I. 98 | Answering Brief in Opposition to Motion for Leave |
| D.I. 101 | Plaintiffs' Letter to The Honorable Christopher J. Burke regarding Request to Strike Slides for Hearing |
| D.I. 102 | [SEALED] Reply Brief to Motion for Leave |
| D.I. 103 | Defendant's Letter to The Honorable Christopher J. Burke regarding slides at June 6 hearing |
| D.I. 104 | Oral Report and Recommendation Granting-in-Part and Denying-in-Part Plaintiffs' Motion to Dismiss and Strike |
| D.I. 105 | Oral Order Denying Motion for Leave |

D.I. 108          Redacted Version of D.I. 102 Reply Brief to Motion for Leave


Respectfully submitted,

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (DE Bar No. 4446)


Enclosures (via Hand Delivery Only)

cc:     Clerk of the Court (via Hand Delivery)
        Counsel of Record (via CM/ECF without Enclosures)

ACTIVE\900413471.1