IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIOGENES LIMITED and<br>COLOSSUS (IOM) LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DRAFTKINGS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 21-1695 (MN) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following case deadlines in the Scheduling Order (D.I. 25) shall be extended as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery close (¶8(b)) | August 24, 2023 | October 24, 2023 |
| Final Infringement Contentions | September 21, 2023 | October 31, 2023 |
| Final Invalidity Contentions | October 5, 2023 | November 6, 2023 |
| Parties exchange supporting intrinsic evidence for claim terms | | November 8, 2023 |
| Meet and confer re: claim construction and claim terms for briefing | October 27, 2023 | November 10, 2023 |
| Joint Claim Construction Chart (¶12) | November 2, 2023 | November 15, 2023 |
| Plaintiff Opening Markman Brief (¶13) | November 20, 2023 | November 29, 2023 |
| Defendant Answering Markman Brief | December 15, 2023 | December 22, 2023 |
| Plaintiff Reply Markman Brief | January 12, 2024 | January 19, 2024 |
| Defendant Surreply Markman Brief | January 24, 2024 | January 29, 2024 |

All other deadlines in the Scheduling Order remain unchanged, including the dates for the parties to file the Joint Claim Construction Brief (¶ 13) and the Markman Hearing (¶ 14).

The undersigned counsel hereby certify that they provided a copy of this stipulation to their clients in compliance with D. Del. LR 16.4(b).

| DLA PIPER LLP (US). | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephanie E. O'Byrne* | */s/ Rodger D. Smith II* |
| Brian A. Biggs (#5591)<br>Stephanie E. O'Byrne (#4446)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801<br>(302) 468-5700<br>brian.biggs@us.dlapiper.com<br>stephanie.obyrne@us.dlapiper.com | Rodger D. Smith II (#3778)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>ccucuzzella@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

July 26, 2023

SO ORDERED this ___ day of _____ 2023.

_____ J.