IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIOGENES LIMITED and<br>COLOSSUS (IOM) LIMITED, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 21-1695 (MN) (CJB) |
| v. | ) | |
| | ) | |
| DRAFTKINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.     The time for Plaintiffs Diogenes Limited and Colossus (IOM) Limited (collectively "Colossus") to move, answer, or otherwise respond to Defendant DraftKings, Inc.'s ("DraftKings") Second Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' First Amended Complaint for Patent Infringement (D.I. 143) is extended two weeks until September 20, 2023; and

2.     The time for DraftKings to file its reply brief in support of its Motion to Stay Pending Inter Partes Review (D.I. 135) is extended two weeks until September 22, 2023.

Dated:  September 6, 2023

| DLA PIPER LLP (US) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephanie E. O'Byrne* | */s/ Rodger D. Smith II* |
| Brian A. Biggs (#5591) | Rodger D. Smith II (#3778) |
| Stephanie E. O'Byrne (#4446) | Lucinda C. Cucuzzella (#3491) |
| 1201 North Market Street, Suite 2100 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| Telephone: (302) 468-5700 | Wilmington, DE 19801 |
| Facsimile: (302) 394-2341 | Telephone: (302) 658-9200 |
| brian.biggs@us.dlapiper.com | rsmith@morrisnichols.com |
| stephanie.obyrne@us.dlapiper.com | ccucuzzella@morrisnichols.com |
| | |
| *Attorneys for Plaintiff Diogenes Limited and* | *Attorneys for Defendant DraftKings, Inc* |
| *Colossus (IOM) Limited* | |

SO ORDERED this ___ day of _____ 2023

_____

UNITED STATES MAGISTRATE JUDGE

2